# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152063 (16)

CURTIS FULLER,

      Plaintiff-Appellant,

v

      SC: 152063
      COA: 328010

TIMOTHY P. GREELEY,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff's motion for reconsideration of the order of August 13, 2015 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $1.00 as ordered. Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2015


Clerk

jam